Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

by themselves, but put together, they were entirely adequate.

A point is made about the scope of cross examination of Lopez exceeding the scope of direct. The cross examination about an event after the robbery was entirely proper. This cross examination impaired the testimony of Lopez that he had not known the co-defendant prior to the robbery. The subsequent event was not too remote in time.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Raul LOPEZ, Defendant-Appellant.**

**No. 71–2145.**

United States Court of Appeals, Ninth Circuit.

Jan. 21, 1972.

Alan Saltzman, of Saltzman & Goldin, Hollywood, Cal., for defendant-appellant.

Robert L. Meyer, U. S. Atty., Thomas G. Kontos, Asst. U. S. Atty., Barbara Meiers, Asst. U. S. Atty., Los Angeles, Cal., for plaintiff-appellee.

Before CHAMBERS, HAMLEY and ELY, Circuit Judges.

PER CURIAM:

The judgment of conviction in this judge-tried bank robbery case is affirmed. We find no merit in the appeal.

An attack is made on the sufficiency of the evidence. It is true that many little pieces of the evidence meant little

**Rodney HUCKABAY, Plaintiff-Appellant,**

v.

**Honorable Charles WOODMANSEE, Judge of the Superior Court, County of Los Angeles, et al., Defendants-Appellees.**

**No. 25982.**

United States Court of Appeals, Ninth Circuit.

Jan. 20, 1972.

Frank O. Walther (argued), Haverford, Pa., John R. Sheehan, Burbank, Cal., for plaintiff-appellant.

Robert W. Carney, Deputy Atty. Gen. of Cal. (argued), Evelle J. Younger, Atty. Gen. of Cal., Los Angeles, Cal., for defendants-appellees.

Before CARTER and WRIGHT, Circuit Judges, and BATTIN,* District Judge.

PER CURIAM:

The order of the district court denying a motion to convene a statutory three-judge court and denying a motion to restrain a state criminal proceeding is affirmed. Younger v. Harris, 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971) and Perez v. Ledesma, 401 U.S. 82, 91 S.Ct. 674, 27 L.Ed.2d 701 (1971).

* Honorable James F. Battin, United States District Judge for the District of Montana, sitting by designation.